**DON J. POOL 166468**
**JESSICA L. GIANNETTA 234220**
**THE LAW FIRM OF POWELL & POOL**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:    (559) 228-6818

Attorneys for Plaintiffs: HENRY W. WILLMS and DOLLY G. WILLMS, Trustees of the TRUST AGREEMENT DATED SEPTEMBER 26, 1986, BETWEEN HENRY W. WILLMS AND DOLLY G. WILLMS, TRUSTORS; DOLLY G. WILLMS, Trustee of the TRUST AGREEMENT DATED DECEMBER 10, 1982, BETWEEN HENRY W. WILLMS AND DOLLY G. WILLMS, TRUSTORS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

***

| | |
|---|---|
| HENRY W. WILLMS and DOLLY G. WILLMS, Trustees of the TRUST AGREEMENT DATED SEPTEMBER 26, 1986, BETWEEN HENRY W. WILLMS AND DOLLY G. WILLMS, TRUSTORS; DOLLY G. WILLMS, Trustee of the TRUST AGREEMENT DATED DECEMBER 10, 1982, BETWEEN HENRY W. WILLMS AND DOLLY G. WILLMS, TRUSTORS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDERSON COMMUNITIES, INC., formerly known as SANDERSON COMPANY, formerly known as SANDERSON COMPANY, INC., an Oregon corporation; NORTH STAR/GRASS VALLEY LLC, an Oregon limited liability company; and DOES 1 through 35, inclusive,<br><br>Defendants. | **Case No. 2:07-CV-02366 LKK-GGH**<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

///

///

**<u>ORDER</u>**

Based upon the Ex Parte Application of Plaintiffs, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants shall file responsive pleadings to the Complaint on or before February 1, 2008. The status conference is hereby continued from January 22, 2008 to February 25, 2008 at 3:30 p.m.

Dated: January 18, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

<u>PROOF OF SERVICE</u>

I declare that I am employed in the County of Fresno, California. I am over the age of 18 years and not a party to this action. My business address is 7522 North Colonial Avenue, Suite 100, Fresno, California 93711.

On **January 17, 2008**, I served the following on each interested party in said cause as indicated below:

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

[X]   **(By Facsimile)** I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested parties at:

Wesley C.J. Ehlers, Esq.
Pillsbury Winthrop Shaw Pittman LLp
Facsimile:  (916) 441-3583

**[X]**   **(By Regular Mail)** I caused a copy of said pleading(s) to be placed in a United States mail depository, at Fresno, California, in a sealed envelope, with postage fully prepared to the below addressee(s):

<u>Courtesy Copy</u>

Wesley C.J. Ehlers, Esq.
Pillsbury Winthrop Shaw Pittman LLp
400 Capitol Mall, Ste. 1700
Sacramento, CA 95814-4419
Facsimile:  (916) 441-3583

[X]   **FEDERAL**:  I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **January 18, 2008**, at Fresno, California.

                                    /s/      Katrina Hermosillo
                                    Katrina Hermosillo