UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY W. WILLMS and
DOLLY G. WILLMS, et al.,

                                          NO. CIV. S-07-2366 LKK/GGH

        Plaintiffs,

    v.                                           O R D E R

SANDERSON COMMUNITIES, INC.
et al.,

        Defendants.
_____/

    The court is in receipt of plaintiffs' motion to dismiss the breach of contract claim in defendants' counterclaim as well as defendants' statement of non-opposition to the same.

    Accordingly, the court grants the motion to dismiss the breach of contract claim in defendants' counterclaim (Dock. No. 22).

    IT IS SO ORDERED.

    DATED: March 7, 2008.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26